FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 20 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

NECAISE
(Last Name)

Carl Douglas Necaise #457696
(Identification Number)

Carl Douglas
(First Name) (Middle Name)

Harrison County Jail
(Institution)

H.C.A.D.C. 4506 Marlena St unit 15, Bossier City LA, 71111
(Address)

(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

V.

Waveland City Police Department
& Police Officer Lacey Cheramie
Darryel Lacost Towing Service

(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: 1:24cv286 TBM-RPM
(to be completed by the Court)

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?   Yes ( ) No (X)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

   1. Parties to the action: _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket Number: _____

   4. Name of judge to whom case was assigned: _____

   5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): _____

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Carl Douglas Necaise    Prisoner Number: #457696

Address: Harrison County Adult Detention Center
4506 Marlena ST Unit 15
Bossier City LA 71111

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Waveland City Police Department, Chief of Police is employed as
Police Cheif Pavolennie    at
335, Coleman Avenus BLdg Waveland Miss 39576

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Carl Douglas Necaise    ADDRESS: 4506 Marlena ST Unit 15 Bossier City LA 71111

DEFENDANT(S):

NAME:    ADDRESS:

1. Waveland City Police Dept    335 Coleman Av. Bldg Waveland Miss 39576
Officer Lacey Cheramie    335 Coleman AV. Bldg Waveland Miss. 39576
Darryel Lacost Towing    1607 E River Rd Kiln Miss 39566

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ( )   No (☒)

B. Are you presently incarcerated for a parole or probation violation?

   Yes ( )   No (☒)

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (☒)

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (☒)

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes ( )   No ( ), if so, state the results of the procedure: __NA__

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

      Yes ( )   No ( )   NA

   2. State how your claims were presented (written request, verbal request, request for forms): _____

   3. State the date your claims were presented: _____

   4. State the result of the procedure: _____

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

See enclosed copy of my personal deposition to the Harrison Circuit Court Exhibit A and Exhibit B Something that never Happen that officer Lacey Cheramie made it all up and im still suffering here Right Now in the Harrison County Jail all because of her and her Police Friends only me and God Really Know how Horribal they my my life all the way up to Now Sepember 17, 2023 i almost died 3 times because of them, like to froze to death 2 times went to Hospital and then in the Car accident on June 14, 2023

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

5 (Five) Million would surly help me to help the homeless i left bhind, And when you Read all Slander, Discrimination, Abuse and Horrible Pain and Suffering i have gone through for almost 3 straight years that i Carl Douglas Necaise a 74 year old Homeless disable senior Citizen with Mental Proble and now faceing prison because of all them $5, Million dollars would still Not be enough.

Signed this 17 day of September, 2024

Carl Douglas Necaise #457696
H.C.D.C. 4506 Marlena ST unit 15
Bossier City LA 71111
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

September 17, 2024
(Date)

Carl Douglas Necaise
Signature of plaintiff

4

Continue From page 4

And yes, me and the good Lord above Truly Know that $5-Million dollars is surly way way far To less of Money For a 74 year old disabled homeless sennior citizen With Mental Problems To ask For after all The Horrible, hurt, Paine and Suffering That, that Waveland Female City Police Officer Lacey Cheramie and all her Waveland City Police Men Friends has Put Me Necaise through For almost 3 years From around December 7, 2021 When one officer gave me Necaise A First DUI with no Breathalizer Test and Again on November 25, 2022 another young Officer gave me Necaise a Second DUI with NO Breathalizer Test And i Necais was Positivly "NOT" drinking any alcohol at all but was put in Jail Both Time. And Then about 3 oclock in the morning on March 10, 2023. As i was Sound asleep im My Car at the Waveland City Walmart in My Car and My homeless Friend Donavon Jones that been living in My Car with me For about Three or more month was out on the Waveland Walmart Parking lot With a Couple of his Friends that Mornig that Cleaned the Parking lot For Walmart and as i lay Sound asleep in My Car in The Walmart Parking lot Same Place every night i was awaken by a big Bright Flashlight Shining right into my eyes From outside My Car through My driver side Window And i Woke up and see the Female officer and i roll my window half down and the Female officer ask what im doing and i Told her im sleeping and she ask who was that Kid that was behind My Car and i Plainly told her that i was Sound asleep in My Car a i would have NOT Knew of anyone being behind My Car and see in her Criminal Report i Sent you where She Said that that i Stated that the Kid Jumped into My Car and ask For a cigarette and he Fled when he Saw the Police Car. And i "never" said any Such thing because NO Kid Jumped into My Car and My homeless Friend Donavon Jones "Did-NOT" even Smoke. And She told me get out the Car and with No Kind of Warrent at all She Serched all in My Car and in The Trunk of My Car without ever asking and She Found Nothing in My whole Car but mine and Donavon's Food and Clothes and our two Holy Bibles. And She Found an empty beer Can out on The ground and half an old Smoked cigar on the ground and with NO Warrent or Reason at all She Charged Me Necaise with Contributing To the delinquency of a minor and (2) with Touching, Molesting a Mentally defective Person. And Me and God Knows that no Such things ever happen and it Says in her Report That Donavon Said i touched his dick and i will Stake My life on that Donavon Never said any Such Thing but i have Never Seen Nor heard From Donavon ever again Since March 10, 2023 and i am still Waiting Since March 10, 2023 To see if they indicte me For This

page 1 of 2

and i am being Threaten with life in prison if i dont Plead guilty To 5 years day For day To the Harrison County Charge For a 3rd DUI because of The Two False DUIs i got in Hancock County with no Breathalizer Test and NO Proof of those 2 DUIs. And then To the Hancock County Charge where That Female officer Lacey ~~[redacted]~~ Cheramie Say i Molested My homeless Friend Donavon Jones and i have plead "NOT" Guilty To Everything and Suppose To have a Trial on September 23, 2024. And i have already Seen so Far That i DO-NOT Think im going To get a Fair Trial at all. And i have only a 4Th grade education but im Artistic and have Taught my self To Read and write and play guitar write and Sing Song and Record Them. And the Harrison County Circuit Court Judge Miss Lisa P. Dodson has Court appointed me a Hancock County Public Defender a Mr Todd N Thriffiley From Bay St Louis Miss Who he is friends with This officer Lacey Cheramie and he is The Lawyer that is Threatnig Me with life in Prison if i dont plead guilty To both Hancock County and Harrison County Charges. I thank you For your Time and may you have a great and Blessed Day Every day From Carl Douglas Necaise who declare Under Penalty of perjury That The Forgoing is all True and correct

Carl Douglas Necaise
Plaintiff

Sign This 20 day of August 2024

PS. I Carl Necaise just want To say these are only very Few Things i said in these pages are only a very few things that those Waveland City Police has did to me the last almost 3 years i have Truly Suffered worse Than you can emagine. But thanks To God i Survived. And i pray to my Lord Jesus Christ you people can help with this. Because officer Cheramie and Darryl Lacost Towing Tryed To Steal my car From me but My Car gone Now Carl Douglas Necaise in The Junk yard i had a car accident Because they did some thing To My car That Caused Me to have a Car accident with another person and Now i have NO Car. What im Trying to say here and in every thing else is that i have hundreds of Horrible things all the people has did to me but i would Not have enough paper to say all them

page 2 of 2