Exhibit - A

CARL Douglas NeCAiSE                                    RESPONDENT

                                                        Cause NO B2024.CT 1,2,3,4,5,6
VS.
                                                        Docket NO 457696

STATE OF MISSISSIPPI                                    State


A Personal Deposition From Defendant
Sworn And Notarized Under Oath For the Jury
People at Carl Douglas Necaise TRIAL September 23, 2024

I was living alone at 16145 Hwy 603 Kiln Miss. 39556 in Hancock County when about Sept. of 2020 Herricane Ida came through Kiln Miss and it destroyed my Mobile home on Hwy 603 where i had been living for about 20 years with no problems at all but i had no insurence on my mobile home and Fema gave me only $4,000 for every thing. And so i had to start living in my car homeless at the Waveland City Walmart private parking lot, way up in the front by the Walmart gas station behind Hwy 90 where Walmart allowed different people having a hard time spend over nights sleeping in their vehickles with no charge. And i had been staying and sleeping in my car at the same Walmart parking spot for a few month and all the Walmart workers at the gas station all knew i was sleeping in my car out in the parking lot and they were all ok with it. And even though i was homeless and living in my car i still felt that i was doing pretty good by the help of my partner and best friend the Lord Jesus Christ. Until late one evening i was going down us Hwy 90 to go pay my cell phone bill, when i was pulled over by this Waveland City Female police officer name Lacey Cheramie for a blowed out tail light. And this is when i still had my good legal drivers license and i was all legal with everything. And she call my drivers license in and everything check out ok until the ██████ dispatch officer said over the police radio that i was a registerd sex offender from back over 20 years ago. And every since that veryday that officer Lacey Cheramie foundout that i was a registerd sex offender she has made my life mizerable for almost 3 years now. And especially after all her other cop friends found out because only a few weeks later after she stop me, i was coming back from the laundry matt on Hwy 603 from washing my clothes going back to my Walmart parking spot for the night when for no reason i was pulled over by this young police officer and he walked up to my driver side window and the first thing he ask was "have you been drinking Mr Necaise"? And i said, No Sir officer, and i said you can give me your portable breathalizer Alcohol test, but he said get out the car and he handcuff me and said he would test me for Alcohol at the Hancock County Jail and he had my car towed away. And when he got me to the booking officer at the jail i ask him again to give me the Alcohol test and even before he had me booked in he said he was putting me in a holding cell and he would give me the Alcohol test in a little while and that officer left me in that holding cell and he never came back, so i never got the Alcohol breathalizer test at all. And i had to call a bond man to come bond me out of jail and i never got that officers name but he still ended up giving me a first DUI on December 07, 2021 when i was not drinkin Alcohol. The car will cost the rest of my money then im broke

page 1 of 15

Now and surly can not afford a lawyer, but i went on to Justice court any way in Waveland City infront of Justice court Judge Desmond Hoda by myself and i had to Plea guilty with out a Lawyer and i believe the fine was $1,400°° for a First D.U.I and Pay $20. a Month until Paid in full and then he suspended my Drivers Licence. So i did not drive any where unless i really had to i just stayed parked at Walmart all day in my same spot. And almost a year later on November 25, 2022 again i was comeing back from the Hwy 603 laundry matt and the same thing happen to me again. I was pulled over by a different young police officer, and the first thing he ask when he walked up to my driver side car window. was have you been drinking, Mr Necaise, and i said, NO Sir officer. And he said, get out the car, and as i was getting out my car, i said, officer you can check me with your portable breathalizer and see i have not been drinking any Alcohol. But he did the same thing as the first officer, he handcuff me and said he would give me the Alcohol test at the Hancock Jail he had my car towed and when he got me to the Jail i ask him to give me the Alcohol test but he was takeing me Straight to that holding cell and this time i refuse to go in to that holding cell until he give me the Alcohol test and he grab me trying to push me into that holding cell and im pushing the officer back and the booking officer they call "Big Al saw me and that officer strugling out side the holding cell Big Al came runnig from behind the booking desk over to me and the other officer and they both grab me off the jail floor and just threw me hard into that holding cell and lock me in and i did not ever get the Alcohol test a second time and i was Charged with a second D.U.I again when i had not drank any Alcohol. And all this should still be on the Hancock County Jail house booking room Camera's the date of November 25, 2022. at evening time and Big Al still work in bookins at the Hancock Jail. But again i had to Bond out of Jail and again i had to spend all the rest of my money to get my car out the Darryel Lacost Towing yard. And now im broke again and still cant afford a lawyer and again i had to go plead guilty to Justice court Judge Desmond Hoda and got another big fine but what else could i do? IM Just a poor 73 year old disable homeless Senior Citizen with mental problems living on a small SSI check each month of $914.°° but the Hancock police were takeing it ever chance they got and especially that female police officer Lacey Cheramie. And a few days later i ran into an old life time retired friend of the family a U.S Marshal

Mr Huey P Woodcock who also lived in Kiln Miss on Rocky Hill Dedeaux Rd. And when i told Mr Woodcock every thing about how those 2 Hancock County officers gave me my First D.U.I and the next officer gave me a Second D.U.I in the last 2 years Mr Woodcock said that neither one of those 2 officers followed the proper D.U.I Prosedures, that both those officers were supposed to give me their portable Alcohol breath test right where they pulled me over and if the portable breath tester showed any presents of alcohol then the officers would of had the right to arrest me and have my car towed and take me to jail and when the officers got me to the Hancock Jail they were supposed to give me another breath test on the big jail house certified breathalizer for certified Proof that i Carl Douglas Necaise was positivly drinking Alcohol and driving. And neither one of the officers did any such thing all they both did was arrest me for a First and a Second D.U.I and had my Car Towed and took me To Hancock Jail and lock me in a Cell and left me there with out giving me any kind of a Alcohol breath test to Prove that i had been drinking and driving. Which i was NOT but i Still had to Pay a Bonds Man to get out of Jail and go Pay to get my Car out of Darryel Lacost Toweing Both Times. And Mr Huey P. Woodcock said that both of these 2 officers did me wrong and he said i dont need a Lawyer to go back in front of Justice Court Judge Desmond Hoda and tell the Judge i want to appeal the 2 D.U.Is. And the very next Monday morning i went back to the Justic Court Room and back in front of Judge Desmond Hoda in open court and i told Judge Hoda in open Court that i want to appeal the DUIs because your Honor i am not guilty of either one of thoes DUIs. And Judge Hoda told me i would have to go to the Big Court House in down town Bay St Louis. And Tell the Court Clerk there you want to Appeal the DUIs and she can give me every thing i need to appeal the DUIs, So i left the Court Room and went to the big court house and i told the Court Clerk that Judge Hoda said she could give me every thing i need to appeal DUIs. And the Clerk Said she did not know what Judge Hoda was talking about. So i went back the next Monday in open Court with Judge Hoda again and told him what the Court Clerk said at the Big Court House and the Judge turnd and said something to Miss Catherin the Justice Court Clerk who handles the Judges paper work in his Court room and then Judge Hoda look back at me and said, you can go now Mr Necaise, and i ask the Judge, do i have to keep paying the DUI Fines and Judge Hoda said no you dont Mr Necaise, And i thanked the Judge and left the Court Room and that was the last i heard of the DUI's. Until later in the story i'll tell you how the DUIs came back on me. When i met a homeless Boy Donavon Jones he was

page 3 of 15

hungry and freezing half to death with no place to go and i was raised a believer of our Lord Jesus Christ by my mama from 10 years old and still up to now 74 years later and so i did what the Lord Jesus say to do in my Holy Bible is to do for your brother as you would want him or her to do for you when they are in much need. So i let Donavon come live in my nice warm car with me and got food stamps every month and he ate with me and i helped to get him some clothes from some of the Baptist Churches all in Bay St Louis Miss, not far from Walmat. And Donavon had been living with me in my car at the same Walmat store parking lot for almost three (3) whole months and Donavon would even go out in Walmart parking lot until late in the morning with all the young men that work for Walmart cleaning the Walmart parking lot till morning some time's. And on the night of March 10, 2023 i Carl Necaise was sound asleep in my car in the same Walmart parking spot when all of a sudden i was awaken by a big bright Flashlight shining right into my eyes through from outside my driver side window blinding me about 3 oclock in the morning So i Roll my driver window down a little to see who it was, and soon as i could see who it was all i could say was Lord have mercy in my mind. that its that evil disrespectful ungodly officer Lacey Cheramie. And she ask what i was doing? Mr Necaise, and i said sleeping. And she said get out the car, and i got out my car. And She ask me, who was the Juvenile boy that ran from the back of my car? And she just woke me up from my sound sleeping, So i did not even know what she was talking about. So i said, officer cheramie i don't know anything about anybody running from the back of my car, because i was sound asleep. And all of a sudden a waveland City police van drove up with Donavon my homeless Friend sitting in the back of the police van. Then that officer Lacey Cheramie handcuff me and she started serching and digin all inside my nice clean car with out any kind of a warrent or Not a serch or even asking if she could serch my car and she made me open the Trunk of my car and she serched and dug all inside the Trunk of my car with out asking and no warrent and she found "Nothing" through out my whole car but all Donavons and Mine Food and our clothes and we both had a Holy Bible and that is all she found in the Trunk of my car. And she found an empty beer can and a half smoked cigar out side my car on the ground. And She Took me straight to Jail, The Hancock County Jail and Charge me with (1) Contributing to the delinquency of a Minor. And Count (2)

Touching molesting a mentally defective person. And Dear God in Heaven i could "NOT" believe my eye's when i read what that Evil and UNGodly officer Lacey Cheramie said i did to my Homeless Friend Donavon Jones. When i did "NO" such things and Donavon never drank any beer at all and he never smoked any cigar the whole 3 months he been living in my car with me. And i found out after she lock me in Jail, that the Evil Lacey Cheramie even had my car towed from my walmart Private Parking spot by her favorit Darryel Lacost Toweing Service's at 16071 E River Rd, Kiln Miss. 39556, And this was the very last time that i ever seen or heard from my little Homeless Friend Donavon Jones ever again. But i was told while i was in Jail that he did come to the Hancock Jail looking for me is the very last thing i heard of him. And the very First thing i did when i woke up the next morning in the Hancock Jail was call my daughter Toni and i told her to please call Darryel Lacost Toweing Service and tell him that you are my daughter and that you are coming to get my car today that i your Dad, has the $180.ºº cash here at the Jail in the Booking office. That you going to come to the Jail and get the $180.ºº out my Jail property and you will be there later Today to get my car out for me your, Dad, because he charge $80. dollars for every extra day the car stays in his Toweing yard. And my daugher said ok Dad and i told her i would call he back in 15 minutes to see what Darryel Lacost had to say about her coming to get my car. And when i call my daughter back she said, Dad Darryel Lacost said the Waveland Police Department has a hold on your car and so Darryel Lacost said he can't release my car to anyone until waveland Police say its ok to let you have the car. And i "Could NOT" think of "ONE" good reason in all God's big world, why would the Waveland Police have a hold on my 2010 Chevy Malibu when that officer Lacey Cheramie done serched my car from one end to the other and found nothing but mine and Donavons personal belonging's? And now it was only March 11, 2024 and it will be another whole 3 weeks before i get my next ssi disability check come to my Bank. And i had to suffer in Jail again for the whole 3 long weeks. And this is when me and my daughter Toni was still getting alone because she was not with that useless boyfriend. So she was really helping me with all this. And So me and my daughter was talking on the phone to A Miss Aleshia Bonding Company at 228-297-8710 and we were setting it up with Miss Aleshia Bonding to come bond me out of Jail when my ssi check come

page @ 5 of 15

in on April 3, 2023 and my Jail Bond was $50,000, for the Supposed To be Touching and molesting my homeless Friend Donavon Jones. And then another $25,000 for Supposed To have Contributing To the delinquency of a minor. the officer Cheramie say i was supposed To have bought my Friend Donavon a beer and a Cigar because she found an empty beer Can and a half Smoked Cigar outside my Car on the ground of the parking lot. So all Total my whole Bond was $75,000 For me To get out of Jail only because i was homeless and Sleeping in my Car. And Miss Aleshia Bonds agreed That i give her $750.°° down on April 3, 2023 and Pay her $400.°° a month every month on the 3Rd until She is Paid $7,000 her Bonding Fee in Full. And after she Bonded me out that April 3, 2023 day, my daughter Toni had done went back with her boyfriend Steven Herring Jr. that he was no good for her because he drank and did drugs. But i had To Put up with him, because Toni had a Car and my Car was still at Darryel Lacost Toweing yard. So i had Toni and her boyfriend take me to Darryel Lacost Toweing yard To get my Car because i was thinking That Since the Waveland City Police Department had a hold on my Car That it Should NOT Cost Much or Maybe Nothing to get my Car back, it was my only home. And when we got To Darryel Lacost Toweing, i ask him how much to get my Car and i believe he Said $1,800. And i Told Darryel Lacost Right Then That my daughter Toni is right here with me and She was going To Come get my Car The next day after i was put in Jail, and you Told her that the Waveland City Police had a hold on my car, and i Think The waveland Police Should have To pay you, Mr Lacost for the extra 3 weeks you had my Car. And he said, you Right Mr Necaise, but you going To have To take that up with The waveland Police Department. And i Told Mr Lacost, that i AM. So me my daughter Toni a her boyfriend Steven all got back into he car and i had Toni to take me Straight down Hwy 90 to Waveland Polic Dept. And when we got There i went inside, and thank God because the Waveland City Police Cheif Pavolennie was there. and i Told Cheif Pavolennie What was going on with my Car at Darryel Lacost Towing and i ask him why the Waveland City Police have a hold on my Car and why would they even have my Car Towed from my Private Walmart Parking Place ? on the 3 oclock morning of March 10, 2023. And Chief Pavolennie said, To let him go into his office and see what is going on and it took him about 15 minutes and he came back and said Mr Necaise i Cant find any Paper work Showing That the Waveland police Department had your Car or anybody elses Car Towed by Darryel Lacost Toweing Company From The walmart Shoping Center. And i Told Cheif Pavolennie That Darryel Lacost Sait it was them, He said

pag 6 of 15

Maybe Walmart had it towed. And so i had Toni take me straight down the street to Walmart. And i went in and ask the Walmart manager if they had a silver 2013 Chevy Malibu LS towed off the Walmart parking lot on March 10, 2023 about 3 weeks ago. And the manager said that Walmart don't have any vehicles towed off the property unless it looks to be a fire hazard and if so then they call the Fire Dept. from down the street and let them take care of it. And after i found all this out from Cheif Pavolennie and Walmart i had Toni bring me right back to Darryel Lacost Towing and when i told him what Cheif Pavolennie and Walmart said then all of a sudden he droped the price from $1,800 to $600. and he said i could have my car. So i went and barrowed $600. from a friend. And when i went back $600. with my daughter Toni and her boyfriend Steven and gave Darryel Lacost the $600. he went into his officer and came back and now he says he lost my car keys to my car. And i already had a strong feeling inside of me that Darryel Lacost was doing every thing he could to steel my car for himself, because it was a very nice 2013 Chevy Malibu LS until i had the car accident. And i will get to my car accident in the next few pages. But as i was saying, now Darryel Lacost say he lost my car keys. And i "Do-Not" trust to leave my car with Darryel Lacost any longer, it is the only nice place i have to live in my car. So i ask him will he put my car on his big wrecker truck and take it out to my friend Earnest Cameron's house out on Cimitery Rd in Kiln, and he said yes, and he loaded my car on his wrecker and followed me in my daughters car Toni out 20 miles to Earnest house. And i had him put my car off in Earnest front yard. And the next morning i called the Pop-A-Lock, Lock Smith and the man said it would cost a $150.⁰⁰ to come out and make the key but it would be after lunch before he could come. And i told him that woud be good and i would be there waiting on him. And Earnest took me to my sisters house so i could barrow the $150.⁰⁰ So Darry Lacost has took all my money again. And when we got back to Earnest house the Lock Smith was just getting there also. And Earnest and me and Earnest son Ryan and Ryans wife Tosha all stood out by my car while we whatch the man make keys for my car and it took him almost an hour to make the keys and i paid him and he left after he started up my car. And i said all my good bys and thank yous and i headed back to Walmart where i lived and when i came up to the first stop sign just down the street from Earnest house soon as i turn my left turn signal on to make a left turn at the stop sign. All my cars inside lights were blinking off and on with my turn signal.

Case 1:24-cv-00286-TBM-RPM   Document 1-1   Filed 09/20/24   Page 9 of 16

Even my dash board lights and my car radio screen lights were blinking off and on with my turn signals. And so i turn my head lights on and got out my car and walk to the front of my car to see if my head lights were blinking off and on with my turn signals, and my car head lights would not come on at all. And i could not believe this because my car has never had this problem before the whole 8 monts i been driving it, until i got my car back from Darrel Lacost. So the next day i went back to Earnest house and i told Earnest son Ryan what was happening with my car lights and that my head lights want even come on. And Ryan came out and worked on the head lights and got them working again and my turn signals see to be ok again and Ryan said that it look like there were a couple of wires need tapeing bet he had to get ready to go to work that they would be ok. And i thanked Ryan for helping me with my car lights and i headed back to my house on Vidalia Road and on my way i stoped by the store and bought myself a hamberger french fries and 3 small bottles of the 4 oz pony beer. And i decided i would stop by my granddaughter Ashleys hous on Cleveland Ladner Road on my way home because she lives only a block down the street from my house on Vidalia Road. But when i go there she was not at home. So i just pulled up in her front yard and turn the car off and eat my hamber and french fries and waite on her for awhile. And the french fries were so spicey hot and salty until i had to drink some of the pony beer and as i ate my food i drink only 2 of the 4 oz pony beer and only half the 3rd 4 oz pony beer because it done got kind of warm so i poured half the 3rd pony beer out on the ground. And i waited about another 30 minutes on my granddaughte after i finish eating my food and she still wasn't back and my cell phone was dead so i decided to go on to my house and charge my phone and i would call her later. So i started up my car and i headed back down Cleveland Ladner Road back to my house just a block down the street. And as i was coming up to the stop sign at the end of Cleveland Ladner i could see the other car coming down north on Vidalia Road and i had to make a left turn at the stop sign on to Vidalia Road. And soon as i turn my left turn signal on, right before i got to the stop sign i heard kind of a sizzling noise and at the same time my car motor went dead and awful smeling fumes started coming all out from under the dash board and all through the air vents burning my eye's bad. And without the car motor runing i had no power brakes and no power steering and i had to keep rubing my burning eyes, so i could bearly see the other car. And i was trying hard to just stear my car into the ditch to keep from

page 8 of 15

hitting the other car and without any power brakes and no power steering i still did good by hitting only the other car's driver side head light with my driver side head light and then my car went straight head on into the ditch right where i tryed hard to put it and soon as i hit the dith the air bag poped out hard right into my face knocking me slap out until i woke up in the back of the Ambulance and they told me they were on their way taking me to the LSU university Hospital in New Orleans. Where the Doctor said i had broke my pelvic bone in 3 place's and my left leg in 2 places and the Doctor said he had to put a steel Rod from my left knee all the way up into my left hip. And my car's front end was smashed all the way back to the wind shield and its totaled out still in a Gulfport Junk yard. And the other person say she only sprang her ankel and her car still drivable. And so thank my partner the Lord Jesus Christ that we are all fine. And you may check my driving record and see that was the first car accident i have ever had in all my 74 years of being here on this earth. And i really feel in my heart that some one at Darryel Lacost did something to my car's electrical computer system because why would the inside car lights blink off and on the next day i had a key made for my car after i got the car back from Darryel Lacost, and how could he loses my car keys. And why would Darryel Lacost and that officer Lacey Cheramie lie and say Waveland police had my car towed from the Waveland Walmart. When the Walmart manager did not even really know that my car was towed from Walmar parking lot. And i Carl Douglas Necaise is still right now as i write this in the Harrison County Jail on this Tuesday September 2nd, 2024 and all because of that Waveland City female lieing police officer Lacey Cheramie who i now call the Wonder Woman Cop. yes because i surly wonder every day who's life is officer Cheramie going to destroy next? And Now because of her i have no car. And i could write a hundred more pages if i had more paper telling you that before i wreck my car and she would arrest me and have my car towed and i would Bond out and my car still in the tow yard because i didn't have enough money to get my car back after i had to pay to get back out of Jail and it would be so cold and raing out side and i didn't have my car to sleep in out the cold and rain because she had it towed again and thank God i had my cell phone because i had to call 911 2 different times for the Ambulance to come get me up off the freezing side walk and the first time take me to the Bay St Louis Hospital and the second time the Ambulance took me to the

Gulfport Hospital on Broad avenue. And both the Hospital Doctors said the same thing to me, that if i had not called the Ambulance when i did i would have froze to death on those concret cold side walks. And i forgot to say that right after the Bay St Louse Doctor released me around 7 oclock that morning the Hospital Security guard was standing there and he said i had to leave the Hospital because he said he read in the Hancock News Paper where i was arrested at the Walmart Shoping Center Parking lot For contributing to the delinquence of a minor and for molesting the minor. And i almost Fell out on the Hospital Floor with a heart atack when my heart started beating so Fast after the security guard said that but it made me feel so sick until i couldn't say nothing all i did was walked straight out that Bay St Louis Hospital door and kept walking in the freezing cold until i made it back to the Walmart Parking lot. And all my body was hurting so bad from walking about 2½ miles from the Bay St Lou's Hospital all the way to Walmart and then this is when my car was back in the Towe yard because of That officer Cheramie So i had been sleeping in the Big Walmart Dumpster Room out front the Walmart gas station that had no roof over the top of the dumpster room every night after the Walmart gas station closed 10 oclock at night. And i could "NOT" Believe" That officer Cheramie had all that about me all in the Hancock county News papers just destroying the very last Few Senior Cizen years i have lefton God earth with my Family, Relitives and Friends For some thing that i did "NOT DO"- and i can promise you that my homeless friend, Donavon Jones Never ever said that i Carl Douglas Necaise did any such thing to him because it Never happen except in that Evil and unGodly head of That Female officer Cheramie and all her Police Friends. And only because She Found ot that i was accused of only unlawful touching over 20 years ago and back then i was very ignorant to the law because i had Never been in any kind of trouble and i let this young Public Defender right out of Law School a Carl d Souser lie me into Pleading guilty at my trial by telling me that Judge Simpson said that if i did not plead guity to only 3 years that he was going to give me 30 years and i Found out 3 years later that Judge Simpson Never said any such thing". And i AM "NOT About to let this happen again only because that officer Cheramie said it. And officer Charamie's Lawyer Friend a Public Defender A Mr Todd N Thriffiley has came to the Harrison County Jail on three different days back around Febuary 2024 and all 3 times he came to see me all he did was tell me over and over threatning that if i do not plead guilty to 5 mandtory years day for day to both the Hancock county Molesting charge and the Harrison County DUI charge that i'm sure to go to prison for the

rest of my life. And see in here the letter Mr Thriffiley sent me here in the Harrison County Jail, where he plainly says That i have not Provided him with any evidence that would be helpful in My defence of the Charge's. When he never once in all 3 Time he came to see Me in Harrison County Jail, wanted to hear anything about my side of my story That i know for a fact That didn't happen and that is That i "Did-NOT" ever buy My Friend Donavon any beer and "Did-NOT" buy him a Cigar and Positivly "Did-NOT" Molest My Friend Donavon, But all Mr Thriffiley wanted to Talk about was about Me Pleading guilty to Molesting My Friend Donavon of whom i have never see nor ever heard from Donavon since the morning of March 10, 2023 that i was Arrested. And another Thing is, i do-not believe that the grand Jury indicted Me for This Hancock County Charge of Molesting Donavon because i was told by an officer here at Jail That the grand Jury did all the indictments in last June 2024 and because i done got the indictment for the 3rd DUI in Harrison County and i been waiting 16 months to hear from the Hancock County indictment for the Molesting Charge and i fully believe i was not indicted for the Molesting Charge and the Hancock Public Defender Mr Todd Triffiley and the Hancock County DA do-not want to let me know that the Grand Jury sent back a No True Bill which means They did not have enough evidence to indicte Me for the Molesting Charge. But Now if i Carl Necaise would be Stupid enough to let Mr Thriffiley or any body else get Me to say at any Time that i did do everything That that officer Cheramie said i did then they don't need an indictment. And this is the very reason that Mr Thriffiley is Trying to Force his way into being my Public Defender on Sept 23, 2024 even after i sent him an Email and also a wretten letter telling Mr. Thriffiley that i do-not want him as My Public Defender or for anything else to do with My Court Cases, Mr Thriffiley Still some how snuck in-To my Court Case as My Public Defender even having a lady to come to The Harrison County Jail House Court room and Trick me into signing a paper saying i waive My arraigment when the Lady Never told me anything about My arraigment she said She only Needed some information from me. So i Carl Douglas Necaise did not knowingly waive my arraigment or anything else. Todd N Triffiley waived my arraigment and entered 5 pleas for me without My knowing anything about it. And to Prove This that Lady call me to the Jail Court Room on July 2nd, 2024 and that when she Trick me into signing That Paper and my arraigment was supposed To be Next day July 3rd, 2024 which she did say i would be going to my

page 11 of 15

arraignment the very next morning of July 3, 2024, but my indictment papers positivly say that my arraignment date is on July 1, 2024. And from July 1, 2024 up to Sept. 23, 2024 my court date, will be (A hundred and Fifteen days) that i Carl Douglas Necaise have not been legally arraigned. And under uniform Rule of circuit and county Court Practice Rule 8.01 say, Arraignment, unless waived by the defendant, Shall be held within thirty (30) days after defendant is served the indictment. So i Carl Necaise has Surly been denied his due-process Rights "BIG TIME" To his arraignment. According To circuit court Rule 8.01. And i do not understand anything of why i am Supposed to be charged with 5 Felony DUIs when i have only one DUI since from 28 years ago. And with all the wrong i have already been done here should be enough grounds for the Judge to throw out both Hancock and Harrison county Charges. Because the way i found *out about the wrong im being done to by the Justic System is when i kept hearing nothing at all about my arraignment. And i have done read the Rules of arraignment at least a hundred times or more, and the rules also say that i have the right to all the exculpatory evidence. Known to the prosacution, and a Lawyer who has had an opportunity to investagate everything thats happen with my Charges to prepair a reasonble defence who may present an argument of innocence, that is Circuit Court Rules No. 89-R-99025 SCT Miss 2008. And i have done nothing but sit here locked up in this Harrison county Jail cell And cant do nothing to help myself i have not seen nor talk to any Lawyer at all an my court date is Sept 23, 2024 and i have been sitting here in Harrison county Jail for a total of 9-nine months. And the way i found out why no one came to get me for my arraignment, is i called the Harrison County Public Defenders office and i ask the Lady Clerk there why no-one has came to take me to my arraignment on July 1, 2024 and she said Mr Necaise you waived your arraignment and the court appointed you A public defender Todd N Thriffiley and all of a sudden i couldnt breathe when she said Todd Thriffileys name i almost had a heart attack but i told that Harrison county public Defender clerck that i never waived my arraignment what so ever and that i positivly "DO-NOT" want Todd Thriffiley as my Lawyer or for anything else to do with my court cases. And she said i woul have to tell all that to the Judge at the court room. And i already Know that Todd Thriffiley is going to try his best to get me to plead guilty to molesting my friend Donavon and that will never ever happen And because Todd is only trying to protect his police friend officer Lacey Cheramie for arresting me on march 10, 2023 and charging me with those very serious charges especially of molesting Donavon Jones. Because Now 18 months later she can-not prove in a court of Law.

page 12 of 15

And thats because it never ever happen, except in that unGodly, Officer Lacey Cheramie's Head and in all her Hancock County Law Officers Heads. But it has surly destroyed me away from all my family, my relitive's, my friends and every one in my home town of Kiln Miss even in waiveland and Bay St Louis. And i have never seen nor heard from my homeless friend Donavon again since that Lacey arrested me on March 10, 2023 for only sleeping in my car a them she made all those lies upon me and im sure because i was homeless, and staying around all the other homeless people that i promised all them i will be back to keep helping them all i can if i dont die first. And another thing i forgot to say is when i bonded out of Hancock Jail on about April 3, 2023 and on the very 3rd day i was legally bonded out i was walking down the side walk going a half block back to walmart and all of a sudden Officer Cheramie pulled up to me on the side walk and said Mr Necaise your under arrest and i said what for, and she said i will find that out at the jail. And all i could say was, Dear God why me why wont that Demon leave me alone? And she took me to Hancock Jail and they put me in a Protective Coustody Cell (PC) and the Cell had human Shit smeared all over the toilet and walls and floor and it stunk so bad i could hardly breath and all i did was yell and scream all night long from about 11oclock AFTer they put me in that cell until about 8 oclock that morning until Officer Miss ET who runs the Hancock Jail came in to work that morning and she heard me yelling she ask who that was yelling and the booking officer said its Carl Necaise and Officer Miss ET ask what i was back in Jail for when i just bonded out Monday. And Booking Office said he didnt know that Office Cheramie brought me in. And Officer Miss ET came ask me what im back in jail for and i said Miss ET i dont know, all i know is that Lacey Cheramie arrested me again and brought me back to Jail when she knew i bonded out. And Officer Miss ET called Judge Desmond Hoda and ask Judge Hoda why was Carl Necaise back in Jail and Judge Hoda said he did not know either. And he told Miss ET that he would be to his Court Room in a few minutes and he would get me to his Court Room soon as He get there. Because Judge Hodas Court Room is in the same building as the jail. And Judge Hoda call me to his Court Room 30 minutes later and was looking through all his paper work and said Mr Necaise i dont know why you here either and he told Miss ET to release me right now and Miss ET did and Miss ET had one of her officers take me in his police car right back to walmart where that Lacey Sheramie had arrested and no body yet has told me why that Lacey Cheramie Arrested

page 13 of 15

me again for no reason when she knew that i had legally bonded out Hancock Jail that Monday and Wedenesday she put me back in Jail. And none of Officer Cheramie's Police Bosse's seem to care what she does to people and that's why Officer Cheramie can do whatever she want to do, to who ever she want to do something to when she's wairing her Police Clothes and waring her big gun and her Police Badge and so does some of her Police Boys of whom she also seem to be the Boss of and leader of. And i already positivly know, that her friend Todd N Thriffiley a Hancock County Public Defender has already did his best to get me Carl Necaise to Plea guilty to all her Hancock Charges she said i did on March 10, 2023 to my friend Donavon. And then she has her Hancock County DA Friends and the Hancock Waveland City Municipal Judge P.J. Mawfray and they all work together in the same big building. Also, as you go through the big double glass front door the Waveland City Police Department is on your right throug the big glass double doors and to your left starigh across is the Waveland City Municipal Court room with Judge P.J. Mawfray. Yes they are all like one Big Country Hick Family and Officer Lacey Cheramie seem to be the Big Star of Everything. And now her Public Defender friend Todd Thriffiley thinks i don't know that he's trying to come from Hancock County to here in Harrison County to be my Public Defender Lawyer on Sept 23, 2024 but that is not going to happen. He has already had a Lady come to the Harrison County Jail House CourtRoom and she lied and tricked me into signing a paper saying i waived my Arraign- ment. but i will stop that soon as i can see the judge. And now that i found out that i can file a Law Suit against the Waveland Police Departmen and Officer Cheramie and Darryel Lacost toweing service. And because only me and the good Lord above know just how horribly bad all the pain and suffering that Officer Lacey Cheramie and all her police boys is still causing me right up to this very day because if it was not for that Officer Cheramie and her Police boys i would NOT "be sitting in this Harrison County Jail Right now and having to go to a felony Trial as a Hibitual offender on September 23, 2024 and may be going to prison for everything Lacey Cheramie has did to me and just because she is a Police Officer that "Love's" to rule over people, especially the poor and weak sheep of our Lord Jesus Christ.

### "My Conclusion"

And this i Carl Douglas Necaise say to the 12 Jury People, that if any one of the Jury People or all the Jury People wish that i Carl Douglas Necaise to call any one or all the people that i name in all the above pages of    to be supoenead for

page 14 of 15

For My Trial and i Carl Douglas Necaise Would be one hundred Percent For Suponeaing every Person i Named in all the Pages because most of all i Really and Truly Need to Suponea Justic Court Judge Desmond Hada To Witness that i Carl Douglas Necaise did appeal the 2 Fake DUIs Those 2 young Officers gave me in Waveland City Hancock County. So i will not be Tryed as a Hibitual Offender and go to Prison For Rest of My life. Because this DuI i got here in Hancock County Was only 3 points over The legal limit of 0.08% and i was 0.011 And it is the Real very First DuI that i got in almost 30 years and i was Not drinking any Alcohol when those 2 young officers gave me 2 DuI in Hancock County.

State of Mississippi County of Harrison. Personally appeared before me the undersigned authority in and For said County and State the within named Carl Douglas Necaise, who being First by Me duly Sworn states on oath that he signed and delivered the forgoing personal deposition that the things Matters Therein are True and Correct there in stated Witness My Signature this 9 day of September 2024

Sworn To And Subscribed Before me the 9 day of September 2024

10/october/10 25
My Commission Expires

NOTARY Public

(Seal: STATE OF MISSISSIPPI — YVERNNEE WASHINGTON — ID# 106940 — NOTARY PUBLIC — Comm. Expires Oct. 10, 2025 — HARRISON COUNTY)

page 15 of 15