EXHIBIT B

 

# MISSISSIPPI FORENSICS LABORATORY

FT-0070

---

**Lab Case #: 23-012625-0001**

**TOXICOLOGY Report**

Gulf Coast Laboratory

16743 Hwy 67
Biloxi, MS 39532
228-396-7750
FAX: 228-396-7782

December 29, 2023

Page 1 of 2

---

**Bradly Byers**
**HARRISON COUNTY SHERIFF DEPARTMENT**
10451 Larkin Smith Drive
Gulfport, MS 39503
228-896-0678
REFERENCE- Agency Case # 2023-2457

**SUSPECT: Carl Douglas Necaise**

---

## REQUEST FOR ANALYSIS

On 10/18/2023 it was requested that the TOXICOLOGY section perform the following analysis: Alcohol Analysis - Traffic Related (G). This examination was started on 12/8/2023. This examination was completed on 12/29/2023.

## EVIDENCE

On 10/18/2023 at 10:10 AM, Forensic Lab Technician Natalie Delancey received the following evidence from the HARRISON COUNTY SHERIFF DEPARTMENT via Morgan Barry:

| Submission 001 | One heat sealed plastic bag labeled "Carl Douglas Necaise" containing biological specimens. |
| --- | --- |
| Submission 001-A | Four gray top tubes of blood. |

## RESULTS

**Submission #: 001-A**

| Ethyl Alcohol | GC-FID | 0.110 % ± 0.008 % |
| --- | --- | --- |

blood from tube labeled "Carl D. Necaise"

*[Handwritten: ONly 3 points over Legal limit NOT drunk NOT intoxacated]*

## REMARKS

Traffic related cases in which the blood alcohol concentration is 0.08% or greater are not routinely screened for drugs. However, if a drug analysis is necessary in this case, please contact the Toxicology Section.

Case Analyst:

*[Signature: Lindsay Stachura]*

Lindsay Stachura
Forensic Scientist

Technical Reviewer:

*[Signature: Felicia Wilson]*

Felicia Wilson
Forensic Scientist

**CC:**

iResults DA - 02nd Judicial District

**CERTIFIED REPORT**

*Exhibit A - one page*



# TNT
## TODD N. THRIFFILEY
### Attorney at Law

February 21, 2024

Mr. Carl Necaise, Inmate
Harrison County Detention Center
10451 Larkin Smith Drive
Gulfport, MS 39503

*Me and My Partner Jesus Christ say ↓*

RE: Hancock County Charge – Unlawful Touching – NYI "Not-Guilty"
Harrison County Charge – Felony DUI – NYI  Not – Guilty

~~And the Duis from 10/07/2021 and 11/25/2022 are Not Mine I was living in Little Rock Arkansas at that time~~ *my daughter*

Dear Mr. Necaise: *was Born in Little Rock Arkansas.*

This letter confirms that you rejected a plea offer of 5 mandatory years to serve on both pending charges prior to presentment of your charges to the grand jury. As I have made you aware on several previous occasions, there is a strong likelihood that you could be indicted as a Habitual Offender and possibly a Life Habitual Offender when your charges are presented to the grand jury. As of this date, you have not provided me with any evidence that would be helpful to your defense on these charges.

Sincerely yours,

*Page 28 of 44*

TODD N. THRIFFILEY

*This is the very first Public Defender i had that came straight to my face here in Harrison County Jail and gave me the plead above @ 3 times in a month with out even "ONCE" all 3 times ever asking me my side of my story i mean NOT once did he ask am i guilty. So in other words he plainly said to me as far as im Concerned, you are Guilty Carl D Necaise. So Mr Necaise just go ahead and plead guilty and make every bodys Job easier. So he can get paid And just send me off to Prison for the rest of My life.*

Post Office Box 3295 | Bay St. Louis, MS 39521
Phone: 228-467-2400 | Facsimile: 228-254-5101 | dynomitelaw@gmail.com

*I Can "NOT" waite any longer to see My Jesus Come Judge these people!*

*Exhibit-B*
*8-pages*
*page 35 of*

# WAVELAND POLICE DEPARTMENT
## CRIMINAL INVESTIGATIVE REPORT

Case Number: 2023-030355

| Type Incident/Crime: *this is lieing and digusting* Touching, molesting a mentally defective person. | Date of this Report: 03/10/2023 | Date of Complaint/Incident: |
|---|---|---|
| Suspect: *Donavon is NOT MENTaly defective officer Lacey Cheramie is* Carl Douglas Necaise | Connected Case Number(s): *And The Rest of her cop Boys Friends* | |

### Synopsis

*I Never Said any body Jumped into My Car at all i was sound Asleep when she woke Me up ↓*

On March 10, 2023 the Waveland Police Department arrested Carl Douglas Necaise on one count of touching, molesting a mentally defective person. On March 10, 2023 around 0323 hours Officer Lacey Cheramie was patrolling Wal-Mart parking lot and noticed a suspicious person crouch down behind a vehicle. Officer Cheramie turned around to make contact with the person by he was gone. She spoke to the driver of the vehicle, Carl Necaise, a registered sex offender, who stated that the kid jumped into his car and asked for a cigarette but fled when he saw the police. Necaise advised that he did not know the juvenile. Sgt. Troy Bordelon advised that he located the juvenile by Claiborne Hill Supermarket and identified him as Donovan Jones, a runaway listed on NCIC out of Gulfport. Through the officers investigation it was learned that Necaise possibly provided alcohol to Jones and this was not the first time Jones and Necaise we found to be together. A forensic interview was conducted with Jones at Hope Haven CAC by Forensic Interviewer Kaitlin Jewel on March 10, 2023. Jones disclosed that "Uncle Carl" provided him beer and touched his "dick" while in the parking lot of Wal-Mart. Medical records were obtained from Gulfport Mental Health and Gulfport School District in reference to Jones's mental status. An interview was conducted with Necaise where he provided information about the case. Necaise's account of the events of the night in question was disproved through the investigation. Necaise had his initial appearance in front of Judge PJ Mauffray on March 13, 2023. On June 30, 2023 Necaise failed to appear in court for his preliminary hearing and his charge was bound over to the grand jury.

*So how could a sound asleep Man know that some one is hidding behind his car, if couldnt have been Donavon he was walking around the parking lot with 2 other kids and they all 3 leave the truck door unlock For Donavon*

*Now See here where she said she Turn Around came Back And the person was gone and if anyone even Me open My Car door all inside lights would came on*

On March 10, 2023 around 0323 Officer Lacey Cheramie was patrolling Wal-Mart parking when she noticed what appeared to be a male juvenile duck behind a vehicle in the back of the parking lot. Officer Cheramie turned around and went to check on the suspicious person but the individual was gone. Officer Cheramie provided the description of the individual to Sgt. Troy Bordelon to check the area. Officer Cheramie made contact with a male in the vehicle. The male was identified as Carl Douglas Necaise. Necaise advised Officer Cheramie that he did not know who the kid was but he had just entered his vehicle prior to law enforcement showing up. Necaise advised that he was homeless and

*I Never told officer Cheramie any Such thing that any body entered My Car She is "Lieing" She is Evil!*

*And i woke sound Asleep in My Car i didn't know boy Bodywas behind My Car*

| Investigating Detective: Edward Hursey | Division: Criminal Investigations | Supervisor: |
|---|---|---|

*And i did Know That Donavon was out on the Wal-Mart Parking lot with 2 other Boys And i was in My Car asleep when she woke Me up*

(35)
WPD 2023-030355 - 7
page 35 of 44

*i Always left the back passenger car door un lock for Donavon for when he finally came in for The Night And i know Donavon did Nothing Wrong*

Page 1 of 8

*Exhibit-E*   *Page 36 of*

# WAVELAND POLICE DEPARTMENT
## CRIMINAL INVESTIGATIVE REPORT

Case Number: 2023-030355

| Type Incident/Crime: Touching, molesting a mentally defective person. | Date of this Report: 03/10/2023 | Date of Complaint/Incident: |
|---|---|---|
| Suspect: Carl Douglas Necaise | Connected Case Number(s): | |

living out of his vehicle and frequently stayed in Wal-Mart parking lot because Wal-Mart gave him permission. Necaise went on to say that he was sleeping in his vehicle, a 2010 Chevy Malibu brown in color MS Tag KAF4737, when the kid jumped into his car and asked for a cigarette. Necaise stated that the kid then saw the police in the parking lot and got out of the car and ran.

Sgt Bordelon located the juvenile by Claiborne Hill Supermarket. Sgt Bordelon identified the juvenile as Donovan Jones. Sgt. Bordelon knew Jones from just dealing with him on March 7, 2023 in Wal-Mart Parking Lot, Reference Waveland Police Case Number 2023-030284. Sgt Bordelon ran Jones's information through dispatch and it was learned that Jones was listed on NCIC as a runaway out of Gulfport, MS.

Assisting officer Sgt. Sarah Marshall with Bay St Louis Police Department arrived on scene to assist because she also was familiar Jones from an incident in their jurisdiction where Jones was arrested, see attached report number 2023-00297 from Bay St Louis Police Department. Jones then requested to speak with Captain Rachel Jewell from Bay PD. Captain Jewel spoke with Jones via cellphone. Captain Jewell then advised officers that Jones stated that Necaise had provided him with a beer and a cigar. Jones stated that he threw the cigar on the ground and the can of beer in the grass behind the vehicle. Officer Cheramie photographed the beer can and cigar where Jones stated he placed them. At this time Necaise was placed under arrest for contributing to the delinquency of a minor.



*And this the Empty Beer Can and Ciggar found outside my Car on The ground And Donovon Dont Smoke or Drink Beer Any Way And i dont smoke Ciggars or drink That Kind of Beer Any Way*

| Investigating Detective: Edward Hursey | Division: Criminal Investigations | Supervisor: |
|---|---|---|

WPD 2023-030355 / 8    (36) of 44

*page 36 of*

Page 2 of 8

*[Handwritten margin note, left side: "Do you mean that all three women say I bought my little friend Donovan Beer? They could not give Donovan a Breathalyzer test to see if he had been drinking???"]*

# WAVELAND POLICE DEPARTMENT
## CRIMINAL INVESTIGATIVE REPORT

Case Number: 2023-030355

| Type Incident/Crime: Touching, molesting a mentally defective person. | Date of this Report: 03/10/2023 | Date of Complaint/Incident: |
|---|---|---|
| Suspect: Carl Douglas Necaise | Connected Case Number(s): | |

Sgt. Bordelon contacted Jones's mother, Katie Jones, and advised her of the incident and that her son was located. Sgt. Bordelon advised Mrs. Jones that her son would be transported to her residence by an officer Gelen Agnelly.

I Chief Investigator Edward Hursey spoke with Captain Jewell about Jones on March 10, 2023. Cpt. Jewell advised me that she had dealt with Jones February 25, 2023 when he jumped the fence at the Hollywood Casino and was swimming naked in the pool. She stated during this interaction that she learned that Carl Necaise had provided beer to Jones prior to him jumping the fence. Cpt. Jewell also advised me that a male claiming to Uncle Carl Necaise was headed to Bay St Louis Police Department to pick Jones up and take him home. Cpt. Jewell contacted Jones's mother to see if she had sent Uncle Carl to pick him up. Mrs. Jones advised that she had never heard of Uncle Carl. **Attached is a copy of Bay St Louis report number 2023-00297.** After speaking with Cp. Jewell I contacted Hope Haven CAC to set up a forensic interview for Jones.

On March 10, 2023 around 1127 hours Cpt. Jewell transported Jones to Hope Haven CAC for his forensic interview. Jones was interviewed by Forensic Interviewer Kaitlin Jewell. During the interview Jones disclosed that Necaise had provided him beer and it made him drunk. Jones also stated that Necaise touched his dick with his hand. Jones stated that Necaise also picked him up from Burger King in Gulfport on the day in question. A complete digital copy of the forensic is attached to the case file.

On March 10, 2023 around 1354 hours I met with Necaise at the Hancock County Jail. I read Necaise his Miranda Rights and he stated that he understood them and agreed to speak with me about the case. Carl stated that he had met Jones a few weeks prior at the Menge-Mart in Pass Christian. He had given him a ride to the Burger King in Gulfport on Pass Road. On another occasion he took Jones to the Kings Kitchen in Bay St Louis to get something to eat. Necaise stated that on the night in question he saw Jones walking in Wal-Mart parking with someone else and then disappeared. Jones later came and jumped into the car with him but the other person was not with him. Necaise stated that he knew Jones was a kid and had mental problems. Necaise denied touching Jones penis. Necaise stated that he did not pick Jones up from Burger King in Gulfport. Necaise said that he parked at Wal-Mart in the back of the parking lot around 1916 hours and did not leave. I told Necaise that I was going to watch video from Wal-Mart and I would be able to see what time he got there and if anyone walked up to his vehicle or

| Investigating Detective: Edward Hursey | Division: Criminal Investigations | Supervisor: |
|---|---|---|

Page 3 of 8

WPD 2023-030355   9   (37)

page 37 of 44

*Exhibit - E*    *page 38 of 44*

# WAVELAND POLICE DEPARTMENT
## CRIMINAL INVESTIGATIVE REPORT

Case Number: 2023-030355

| Type Incident/Crime: Touching, molesting a mentally defective person. | Date of this Report: 03/10/2023 | Date of Complaint/Incident: |
|---|---|---|
| Suspect: Carl Douglas Necaise | Connected Case Number(s): | |

not. I also told him that I was going to watch video from the Burger King in Gulfport. Necaise said that he wanted to watch all the videos because it would prove he was telling the truth. *I AM Telling the God's HONEST TRUTH its you who Follow SATAN NOT ME. So Read about—*

On March 10, 2023 I met with Joey Brown of Wal-Mart Asset Protection. I asked Brown to pull video from the security cameras from around 1900 hours on March 9, 2023 till 0400 hours on March 10, 2023. I was looking for the suspect brown Chevy Malibu coming into the parking lot and parking in the back of the parking lot. Brown was able to provide me with three 3 disk containing all the footage I requested. Upon reviewing the video I could see Necaise's vehicle pull into the parking lot around 1916 hours on March 9, 2023. I did not see any person walk to nor from Necaise's vehicle until officers made contact with him around 0323 hours. Digital copies of the security camera footage from Wal-Mart are attached to the case file.

On March 14, 2023 Investigator Shelby Smith went to Burger King located at 2509 25th Avenue Gulfport, Ms to review security camera footage. Investigator Smith was able to obtain video from Burger King from March 9, 2023 from around 1258 hours to 1346 hours. When I reviewed the video I saw Jones Walking into the business at around 1258 hours. Jones stays in the business walking around like he is looking for someone or waiting on someone to show up. At 1345 Jones exits the business and walks towards a vehicle that just pulled into the parking lot. When I reviewed the outside camera footage at 13:44:58 a brown Chevy Malibu pulls into the parking lot and parks into a parking space just out of camera view. The vehicle is missing a hub cap on the driver's side front tire.

*Call Mark at the New Orleans Mission on Aritha Castle BLVD New Orleans LA and ask him did Carl Necaise become a Deciple of The Lord Jesus Christ, 8 years ago at the New Orleans Mission this is why you trying to destroy Me because OF EVIL against Good"*

*"EViL"  Because She is  And So Are Many of her Cop friends"*

*You and your ... A Holy Bible, Now Read about in HebREWs 5-13 And see why I Carl Douglas Necaise helped my now young friend DoNavoN Jones did when that disgusting EVIL Wi-Godly officer Racey Cheramie went to turn, Helpin the poor as our Lord Jesus said to Do But she Turn it all into ...*

| Investigating Detective: Edward Hursey | Division: Criminal Investigations | Supervisor: |
|---|---|---|

Page 4 of 8

Exhibit-E   Page 39 of 44

# WAVELAND POLICE DEPARTMENT
## CRIMINAL INVESTIGATIVE REPORT

Case Number: 2023-030355

| Type Incident/Crime: Touching, molesting a mentally defective person. | Date of this Report: 03/10/2023 | Date of Complaint/Incident: |
|---|---|---|
| Suspect: Carl Douglas Necaise | Connected Case Number(s): | |



Picture of Necaise's vehicle I took on March 14, 2023 while it was at Daryl's

None of this Makes any Since Stupid.



| Investigating Detective: Edward Hursey | Division: Criminal Investigations | Supervisor: |
|---|---|---|

Page 5 of 8

WPD 2023-030355   11   39
page 39 of 44

# WAVELAND POLICE DEPARTMENT
## CRIMINAL INVESTIGATIVE REPORT

Case Number: 2023-030355

| Type Incident/Crime: Touching, molesting a mentally defective person. | Date of this Report: 03/10/2023 | Date of Complaint/Incident: |
|---|---|---|
| Suspect: Carl Douglas Necaise | Connected Case Number(s): | |

The vehicle pulls out of the parking spot at 13:46:28 and gives a view of the passenger side of the vehicle. There is distinct damage to rear quarter panel by the truck.



*Who Don't go To Burger King Sometime?*

*"Stupid"*

Picture of Necaise's vehicle from Daryl's Towing on March 14, 2023.



| Investigating Detective: Edward Hursey | Division: Criminal Investigations | Supervisor: |
|---|---|---|

*Exhibit-C* *Page 41 of*

# WAVELAND POLICE DEPARTMENT
## CRIMINAL INVESTIGATIVE REPORT

Case Number: 2023-030355

| Type Incident/Crime: Touching, molesting a mentally defective person. | Date of this Report: 03/10/2023 | Date of Complaint/Incident: |
|---|---|---|
| Suspect: Carl Douglas Necaise | Connected Case Number(s): | |

*[Left margin handwritten:] My daughter Toni turn her Boy Friend Steven Creig Herring JR. Now my daughter hate me, But L... my daughter Toni is on Drugs and L turn her Boy Friend Stevencreig Herring Jr in for Drugs Now my daughter hate me always! Still Love her always!*

Jones was wearing the same batman shirt in the Burger King video and when Officers made contact with him on the morning of March 10, 2023. A complete digital copy of the video from Burger King is attached to the case file. *this is a Bald Face lie because Daryl Racost Told Me himself that Waveland Police had it Towed Not Wal-Mart*

On March 14, 2023 I went to Daryl's Towing, located at 16071 E River Kiln, MS 39556, to photograph the outside of Necaise's Chevy Malibu. The vehicle was towed by Daryl's towing, as a private tow, from Wal-Mart parking lot at Wal-Marts request on March 10, 2023. I photographed the vehicle and a digital copy all the photos are attached to the case file.

*My daughter Toni and her Boy Friend on drugs*

On March 15, 2023 I met with Toni Necaise, the daughter of Carl Necasie. I explained to her what Necaise was charged with. I asked Toni if her father had spoken her with about Jones. Toni stated that her father had contacted her about a month prior saying that he had met a mentally disable 18 year old and was trying to help him. Toni started to describe the incident when Jones jumped into the pool at the Hollywood. Toni stated that her father at this time found out that Jones was only 16 years old. Toni stated she told her father to leave the kid alone; it was only going to get into him in trouble. Toni stated she knows that her father's is a bisexual and prefers younger guys and has a drug and alcohol addiction. Toni stated that her father is not allowed to come to her house because her daughter has three kids and they don't trust him around them. *She hates Me because I dont like he useless Boyfriend Stevencreig Herring Jr.*

On March 15, 2023 around 1133 hours Necaise made a phone call, via Securus Technologies Jail Phones, to his daughter Toni, 228-596-9725. Toni told Necasie that Investigators had come to see her and she told him that he was "Fucked". She told him that the police had him on video picking up the kid from Burger King, had video from Wal-Mart with it showing the kid was in the car the whole time, and everything that he told us so far was a lie. Carl said that he did not do anything and there was no law about giving the kid a ride. Necasie said that he just gave the kid a ride and dropped him off at the beach. Toni said no you did not because they have you on video. Necaise replies with what was I supposed to do with him because the kid had no place to go. A digital copy of the phone call is attached to the case file. *I Never told Toni I only gave Donavon a Ride and drop him off at any Place he live in My car With Me*

On March 15, 2023 at 1516 hours Necaise made a phone call from the jail to phone number 1-601-351-2435. The phone call was to a male named Parker. In the conservation Carl admits to seeing Jones at the Burger King in Gulfport. A digital copy of the call is attached to the case file.

| Investigating Detective: Edward Hursey | Division: Criminal Investigations | Supervisor: |
|---|---|---|

*[Right margin handwritten:] did Not Frank and Carl Towed it their Property and the Assistant Chief of Police Day Waveland Police didNot Do it Either they did...*

WPD 2023-030355   13

Page 7 of 8

*Page 41 of 44*

Exhibit 1-2

Page 42 of 44

# WAVELAND POLICE DEPARTMENT
## CRIMINAL INVESTIGATIVE REPORT

Case Number: 2023-030355

| Type Incident/Crime: Touching, molesting a mentally defective person. | Date of this Report: 03/10/2023 | Date of Complaint/Incident: |
|---|---|---|
| Suspect: Carl Douglas Necaise | Connected Case Number(s): | |

All jail calls attached to the case file we download by using my login to Securus Technologies for the Hancock County Sheriff's Department's jail calls.

Subpoenas were issued to the Gulfport School District, Memorial Behavioral Health, Singing River Hospital, and Bay Pointe Hospital requesting information on Jones medical history. Gulfport School district provided Jones's Individual Education Program (IEP) paperwork and an assessment team report. The document stated that Jones in on a 2nd grade academic level and has behavioral issues due to autism. The records for Memorial Behavioral Heath and Singing River Hospital (both establishments merged) document the time Jones was admitted for treatment. Bay Pointe Hospital in Alabama declined to respond to the subpoena. In speaking with a lawyer for Bay Pointe Hospital he advised Alabama law does not permit him to send records out of state for juveniles. Refer to the subpoenas and returns that are attached to the case file for detailed reports.

As of August 16, 2023, Necaise has failed to report to Waveland Municipal Court for the misdemeanor charge of contributing to the delinquency of a minor. Necaise was charged with this crime on March, 10, 2023 and currently has a warrant issued for his arrest.

Page 42 of 44

| Investigating Detective: Edward Hursey | Division: Criminal Investigations | Supervisor: |
|---|---|---|

Page 8 of 8

WPD 2023-030355   14