

Carl Douglas Pearson #457696
Harrison County Detention
4506 Marlene ST unit L-15
Bossier City LA 71111

"ORIGINAL"

RECEIVED SEP 20 2024

MAILED FROM HARRISON COUNTY
ADULT DETENTION CENTER
NOT RESPONSIBLE FOR CONTENTS

US District Court Clerk
2012 15th Street Suite 403
Gulfport Miss. 39501